Case 3:02-CV-01811 Document 45 Filed 05/10/05 Page 1 of 1 PageID 294

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 10 2005
CLERK, U.S. DISTRICT COURT
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JACQUELINE E. BUTLER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:02-CV-1811-M |
| v. | § | |
| | § | |
| MUNSCH HARDT KOPF & HARR, | § | |
| P.C., MARC A. HUBBARD AND | § | |
| WEI WEI JEANG, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions and Recommendation of the United States Magistrate Judge dated April 12, 2005, and the Objections, including those of April 28, 2005, the Court finds that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Plaintiff's Motion to Quash the Bill of Costs is **DENIED** but the matter is remanded to Magistrate Judge Paul D. Stickney to determine whether any of the costs taxed are improper.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions and Recommendation of the United States Magistrate Judge are accepted.

SO ORDERED this 10 day of May, 2005.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE

1